The following constitutes
the order of the court. Signed September 12, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                        No. 11-49666-RLE
                                             Chapter 7
JESSE TODD BURNS,

        Debtor.

_____/

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO
THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

    On September 8, 2011, Debtor filed the above-captioned bankruptcy case. On his petition, Debtor listed his street address at 2000 Ascot Parkway #3611, Vallejo, CA 94591, and his county of residence as Solano County.

    Solano County is geographically located in the Eastern District of California, Sacramento Division. See Eastern District Local Rule 1002-1(c).

/ / / /

/ / / /

/ / / /

Accordingly, this case will be transferred to the Eastern District without further notice or hearing unless, within ten (10) days of the signing of this Order, a party in interest requests a hearing and files a declaration to show cause why this case should not be transferred.

**IT IS SO ORDERED.**

**\*\*\*\*END OF ORDER\*\*\*\***

COURT SERVICE LIST

Jesse Todd Burns
2000 Ascot Parkway #3611
Vallejo, CA 94591

Richard Dwyer
Richard Dwyer, APC
800 W. El Camino Real, #180
Mountain View, CA 94040

John Kendall
2601 Blanding Ave.
Bldg #C Suite 110
Alameda, CA 94501

Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612